IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED CLUSTER SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-2032-CFC-CJB |
| NVIDIA CORPORATION, NVIDIA SINGAPORE PTE. LTD., and NVIDIA INTERNATIONAL, INC., | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR CLAIM CONSTRUCTION

Plaintiff Advanced Cluster Systems, Inc. requests that the Court adopt the claim construction position of Plaintiff set forth in the Joint Claim Construction Chart (D.I. 97).

- 2 -

| | |
|---|---|
| OF COUNSEL:<br>Jon W. Gurka<br>Brian Claassen<br>Cheryl Burgess<br>KNOBBE, MARTENS, OLSON<br>& BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760 0404<br><br>Karl W. Kowallis<br>KNOBBE, MARTENS, OLSON<br>& BEAR, LLP<br>115 Avenue of the Americas, 24th Floor<br>New York, NY 10036<br>(212) 849-3024<br><br>Ben K. Shiroma<br>KNOBBE, MARTENS, OLSON<br>& BEAR, LLP<br>1925 Century Park East, Suite 600<br>Los Angeles, CA 90067<br>(310) 551-3450<br><br>Dated: October 27, 2021 | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |