# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CLUSTER SYSTEMS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 19-02032-MN-CJB |
| NVIDIA CORPORATION, NVIDIA SINGAPORE PTE. LTD., and NVIDIA INTERNATIONAL, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

### NOTICE OF SERVICE

I, Brian A. Biggs, hereby certify that on the 21st day of July, 2022, a copy of: (1) **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF ADVANCED CLUSTER SYSTEMS, INC.'S NOTICE OF DEPOSITION OF DEFENDANT NVIDIA CORPORATION, NVIDIA SINGAPORE PTE. LTD., AND NVIDIA INTERNATIONAL, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6)** was served on the following counsel of record via electronic mail:

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Nathan R. Hoeschen<br>**SHAW KELLER LLP**<br>I.M. Pei Building<br>1105 N. Market Street, 12thFloor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>Karl W. Kowallis<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1155 Avenue of the Americas, 24th Floor<br>New York, NY 10036<br>Telephone: (212) 849-3024<br>karl.kowallis@knobbe.com | Jon W. Gurka<br>Brian Claassen<br>Cheryl Burgess<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760 0404<br>jon.gurka@knobbe.com<br>brian.claassen@knobbe.com<br>cheryl.burgess@knobbe.com<br><br>Ben K. Shiroma<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1925 Century Park East, Suite 600<br>Los Angeles, CA 90067<br>Telephone: (310) 551-3450<br>ben.shiroma@knobbe.com |

Dated:  July 21, 2022

| | |
|---|---|
| **OF COUNSEL**: | **DLA PIPER LLP (US)** |
| Mark D. Fowler (Admitted *Pro Hac Vice*)<br>Clayton Thompson (Admitted *Pro Hac Vice*)<br>Jake Zolotorev (Admitted *Pro Hac Vice*)<br>Carrie L. Williamson (Admitted *Pro Hac Vice*)<br>Jonathan Hicks (Admitted *Pro Hac Vice*)<br>Monica De Lazzari (Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Telephone: 650-833-2048<br>Facsimile: 650-687-1138<br>mark.fowler@us.dlapiper.com<br>clayton.thompson@us.dlapiper.com<br>yakov.zolotorev@us.dlapiper.com<br>carrie.williamson@us.dlapiper.com<br>jonathan.hicks@us.dlapiper.com<br>monica.delazzari@us.dlapiper.com<br><br>Peter F. Nelson (Admitted *Pro Hac Vice*)<br>**DLA PIPER LLP (US)**<br>500 8th St, NW<br>Washington, DC 20004<br>Telephone: 202-799-4092<br>Facsimile: 202-799-5000<br>peter.nelson@us.dlapiper.com | */s/ Brian A. Biggs*<br>Brian A. Biggs (DE Bar No. 5591)<br>Stephanie E. O'Byrne (DE Bar No. 4446)<br>Erin E. Larson (DE Bar No. 6616)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>Telephone: 302-468-5700<br>Facsimile: 302-394-2341<br>brian.biggs@us.dlapiper.com<br>erin.larson@us.dlapiper.com<br><br>*Attorneys for Defendants NVIDIA Corporation, NVIDIA Singapore PTE. LTD., and NVIDIA International, Inc.* |