

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

Stephanie E. O'Byrne
Stephanie.OByrne@dlapiper.com
T   302.468.5645
F   302.691.4745

August 15, 2022

VIA ECF

The Honorable Christopher J. Burke
United States District Court
For the District of Delaware
844 N. King Street, Room 2325
Wilmington, DE 19801-3555

    Re:  *Advanced Cluster Systems, Inc. v. NVIDIA Corp.*, C.A. No. 19-2032-MN-CJB

Dear Judge Burke:

    Defendant NVIDIA Corp. ("NVIDIA") writes to request the scheduling of a discovery teleconference.

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer on the following date(s) where an impasse was declared:

| Date | Delaware Counsel | Lead Counsel |
|---|---|---|
| **August 10, 2022** | Nate Hoeschen (ACS)<br><br>Stephanie O'Byrne (NVIDIA) | Cheryl Burgess (ACS)<br><br>Carrie Williamson (NVIDIA)<br>Peter Nelson (NVIDIA) |
| **August 12, 2022** | Emily DiBenedetto (ACS)<br><br>Stephanie O'Byrne (NVIDIA) | Cheryl Burgess (ACS)<br>Jon Gurka (ACS)<br><br>Carrie Williamson (NVIDIA)<br>Peter Nelson (NVIDIA) |



The Honorable Christopher J. Burke
August 15, 2022
Page Two

The disputes requiring judicial attention are listed below:

- NVIDIA's request that ACS remove the phrase "at least as early as" from its alleged conception and reduction to practice date for the asserted patent in its response to NVIDIA's Interrogatory No. 1 and identify a specific date for conception and reduction and practice.

- NVIDIA subpoena for documents and deposition seeking factual information of ACS's expert witness Dr. Jaswinder Singh.

- NVIDIA's request that ACS specifically identify which of the two inventors conceived of each element of each claim of the '768 patent, including by removing the "At least" from ACS' interrogatory response stating "At least the following elements in each of the asserted claims of the '768 patent were attributable to ideas from co-inventor, Zvi Tannenbaum" in its response to NVIDIA's Interrogatory No. 15.

Respectfully,

*/s/ Stephanie E. O'Byrne*

Stephanie E. O'Byrne (DE Bar #4446)

WEST\299696601.1