

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

August 22, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

  Re: *Advanced Cluster Systems, Inc. v. NVIDIA Corp.*, C.A. No. 19-2032-MN-CJB

Dear Judge Burke:

  Pursuant to the Court's August 15, 2022 minute entry order, the parties provide this joint letter regarding the status of the parties' positions on representative products and code.

  The parties met and conferred on Friday August 19, 2022 regarding a stipulation on representative products and code. The parties made progress outlining an approach that may work for both parties. The parties are continuing to discuss mutually agreeable wording and details. The parties expect to continue to further meet and confer this week regarding a potential stipulation.

        Respectfully submitted,

        */s/ Karen E. Keller*

        Karen E. Keller (No. 4489)

cc: Clerk of the Court (via CM/ECF & Hand Delivery)
   All counsel of record (via email)