

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

August 26, 2022

**BY CM/ECF**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:  *Advanced Cluster Systems, Inc. v. NVIDIA Corp.*, C.A. No. 19-2032-MN-CJB

Dear Judge Burke:

Advanced Cluster Systems, Inc. ("ACS") writes to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date:

<u>August 26, 2022</u>:

Delaware Counsel:    Karen E. Keller, Shaw Keller (Advanced Cluster Systems);
    Nathan R. Hoeschen, Shaw Keller (Advanced Cluster Systems); and
    Stephanie E. O'Bryne, DLA Piper (NVIDIA)

Lead Counsel:    Stephen Larson, Knobbe Martens (Advanced Cluster Systems);
    Cheryl T. Burgess, Knobbe Martens (Advanced Cluster Systems);
    Ben K. Shiroma, Knobbe Martens (Advanced Cluster Systems);
    Clayton Thomson, DLA Piper (NVIDIA); and
    Peter F. Nelson, DLA Piper (NVIDIA)

The dispute requiring judicial attention is listed below:

    1.    ACS's deposition Topics 1 and 8.

ACS respectfully requests the Court schedule a hearing at its earliest convenience.  Fact discovery is scheduled to close on August 26, 2022, and ACS's invalidity contentions are due next Thursday September 1, 2022.

S<small>HAW</small> K<small>ELLER</small> <small>LLP</small>
Page 2

                Respectfully submitted,

                */s/ Nathan R. Hoeschen*

                Nathan R. Hoeschen (No. 6232)

cc: Clerk of the Court (by CM/ECF)
   Counsel of Record (by CM/ECF and electronic mail)