IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CLUSTER SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2032-MN-CJB |
| | ) |
| NVIDIA CORPORATION, NVIDIA SINGAPORE PTE. LTD., and NVIDIA INTERNATIONAL, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER GRANTING THIRD PARTY KNOBBE MARTENS OLSON & BEAR LLP'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER**

At Wilmington this _____ day of _____, 2022, the Court having considered third party Knobbe Martens Olson & Bear LLP's ("Knobbe") motion to quash and for a protective order, and all papers and argument submitted therewith, hereby ORDERS that the motion is GRANTED as follows:

1. Defendants' 30(b)(6) subpoena directed to Knobbe is quashed as to Topics 2-3, 5-6, 8[a] and 9-13; and

2. Knobbe is granted a protective order as to Topics 2-3, 5-6, 8[a] and 9-13.

                                                                                          _____
                                                                                          United States Magistrate Judge