# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CLUSTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, NVIDIA SINGAPORE PTE. LTD., and NVIDIA INTERNATIONAL, INC. <br><br> Defendants. | C.A. No. 19-2032-MN-CJB <br><br> **JURY TRIAL DEMANDED** |

## [**PROPOSED**] O R D E R

At Wilmington this \_\_\_\_ day of _____, 2022, having reviewed Defendants' motion to compel (D.I. 198);

IT IS HEREBY ORDERED that, to facilitate the Court's review of the dispute, ACS shall provide, by hand delivery, the documents corresponding to the disputed privilege log entries for the Court's *in camera* review on or before September 20, 2022: D.I. 198, Ex. D, entries 173-210; Ex. E (entries 15-19); Ex. N (entries 211-241); Ex. O (entries 20-41).

_____ <br>
UNITED STATES MAGISTRATE JUDGE