# EXHIBIT D

US008849889B1

(12) **United States Patent**
Tannenbaum et al.

(10) **Patent No.:**     **US 8,849,889 B1**
(45) **Date of Patent:**     *****Sep. 30, 2014**

(54) **CLUSTERED COMPUTER SYSTEM**

(71) Applicant: **Advanced Cluster Systems, LLC**, Aliso Viejo, CA (US)

(72) Inventors: **Ariela Tannenbaum**, Newport Coast, CA (US); **Zvi Tannenbaum**, Newport Coast, CA (US); **Bryan M Minor**, Mount Vernon, WA (US); **Tamas Frajka**, Seattle, WA (US); **John M. Westerhoff**, Chicago, IL (US); **Dean E. Dauger**, Huntington Beach, CA (US)

(73) Assignee: **Advanced Cluster Systems, Inc.**, Aliso Viejo, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/846,567**

(22) Filed: **Mar. 18, 2013**

**Related U.S. Application Data**

(63) Continuation of application No. 11/749,554, filed on May 16, 2007, now Pat. No. 8,402,080, which is a continuation of application No. 11/527,319, filed on Sep. 26, 2006, now abandoned.

(60) Provisional application No. 60/720,442, filed on Sep. 26, 2005.

(51) **Int. Cl.**
| | | |
|---|---|---|
| *G06F 15/16* | (2006.01) | |
| *H04L 29/08* | (2006.01) | |
| *G06F 9/46* | (2006.01) | |
| *G06F 15/173* | (2006.01) | |

(52) **U.S. Cl.**
CPC ...................................... *H04L 67/10* (2013.01)
USPC ........... **709/201**; 718/102; 718/104; 709/224; 709/226

(58) **Field of Classification Search**
USPC ................................................. 709/201–203
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,423,046 A | 6/1995 | Nunnelley et al. | |
| 5,881,315 A | 3/1999 | Cohen | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 08-87473 A | 2/1996 |
| JP | 2002117010 | 4/2002 |

OTHER PUBLICATIONS

Jahanzeb Sherwani, Libra: a computational economy-based job scheduling system for clusters, 2004, SP&E, p. 573-590.*

(Continued)

*Primary Examiner* — Evans Desrosiers
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

A clustered computational system comprises a clustered computational engine, a program host, and a queue manager. The clustered computational engine comprises a plurality of clustered computers and is configured to perform computations. The program host stores a plurality of programs that define computations that can be performed by the clustered computational engine and a plurality of inputs to the programs. The queue manager is configured to determine when the program host has stored sufficient inputs to allow the clustered computational engine to perform a computation defined by the program and to schedule the performance of the computation by the clustered computational engine.

**18 Claims, 10 Drawing Sheets**



**US 8,849,889 B1**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| 5,930,768 | A | * | 7/1999 | Hooban ..................... 705/26.81 |
| 6,108,609 | A |  | 8/2000 | Moiin |
| 6,202,080 | B1 |  | 3/2001 | Lu et al. |
| 6,546,403 | B1 |  | 4/2003 | Carlson, Jr. et al. |
| 6,578,068 | B1 |  | 6/2003 | Bowman-Amuah |
| 6,751,698 | B1 |  | 6/2004 | Deneroff et al. |
| 6,782,537 | B1 |  | 8/2004 | Blackmore et al. |
| 6,968,335 | B2 |  | 11/2005 | Bayliss et al. |
| 7,093,004 | B2 |  | 8/2006 | Bernardin et al. |
| 7,136,924 | B2 |  | 11/2006 | Dauger |
| 7,174,381 | B2 |  | 2/2007 | Gulko et al. |
| 7,249,357 | B2 |  | 7/2007 | Landman et al. |
| 7,334,232 | B2 |  | 2/2008 | Jacobs et al. |
| 7,437,460 | B2 |  | 10/2008 | Chidambaran et al. |
| 7,472,193 | B2 |  | 12/2008 | Dauger |
| 7,554,949 | B2 |  | 6/2009 | Chen |
| 7,937,455 | B2 |  | 5/2011 | Saha et al. |
| 8,082,289 | B2 |  | 12/2011 | Tannenbaum et al. |
| 8,140,612 | B2 |  | 3/2012 | Tannenbaum et al. |
| 8,402,080 | B2 |  | 3/2013 | Tannenbaum et al. |
| 8,402,083 | B2 |  | 3/2013 | Tannenbaum et al. |
| 8,676,877 | B2 |  | 3/2014 | Tannenbaum et al. |
| 2002/0049859 | A1 |  | 4/2002 | Bruckert et al. |
| 2003/0005266 | A1 |  | 1/2003 | Akkary et al. |
| 2003/0051062 | A1 |  | 3/2003 | Circenis |
| 2003/0135621 | A1 |  | 7/2003 | Romagnoli |
| 2003/0195931 | A1 |  | 10/2003 | Dauger |
| 2003/0195938 | A1 |  | 10/2003 | Howard et al. |
| 2004/0110209 | A1 |  | 6/2004 | Yokota et al. |
| 2004/0157203 | A1 |  | 8/2004 | Dunk |
| 2004/0252710 | A1 |  | 12/2004 | Jeter et al. |
| 2005/0021751 | A1 |  | 1/2005 | Block et al. |
| 2005/0038852 | A1 | * | 2/2005 | Howard ........................ 709/205 |
| 2005/0060237 | A1 |  | 3/2005 | Barsness et al. |
| 2005/0076105 | A1 |  | 4/2005 | Keohane et al. |
| 2005/0108394 | A1 |  | 5/2005 | Braun et al. |
| 2005/0180095 | A1 |  | 8/2005 | Ellis |
| 2006/0053216 | A1 |  | 3/2006 | Deokar et al. |
| 2006/0106931 | A1 | * | 5/2006 | Richoux ........................ 709/226 |
| 2007/0044099 | A1 | * | 2/2007 | Rajput ........................ 718/102 |
| 2007/0073705 | A1 |  | 3/2007 | Gray |
| 2008/0250347 | A1 |  | 10/2008 | Gray et al. |
| 2008/0281997 | A1 |  | 11/2008 | Archer et al. |
| 2009/0222543 | A1 |  | 9/2009 | Tannenbaum et al. |

OTHER PUBLICATIONS

Hamscher: Evaluation of Job-Scheduling Strategies for Grid Computing, 2000, Springer, 191-202.*
"gridMathematica 1.1: Grid Computing Gets a Speed Boost from Mathematica 5", The Mathematica Journal, vol. 9, No. 2, 2004.
"Wolfram gridMathematica", Wolfram Research, Inc., 2007.
Carns et al., "An Evaluation of Message Passing Implementations on Beowulf Workstations", Aerospace Conference, Mar. 6-13, 1999, IEEE 1999, vol. 5, pp. 41-54.
Website http://wolfram.com/products/gridmathematica entitled Wolfram gridMathematica, printed on Oct. 3, 2007.
Dauger et al., "Plug-and-Play Cluster Computing using Mac OS X", IEEE International Conference, Dec. 1-4, 2003, Paper appears in Cluster Computing Jan. 8, 2004, pp. 430-435.
Dauger et al., Plug-and Play Cluster Computing: High-Performance Computing for the Mainstream, IEEE Computing in Science and Engineering, Mar./Apr. 2005, pp. 27-33.
Hamscher et al., "Evaluation of Job-Scheduling Strategies for grid Computing", LNCS: Lecture Notes in Computer Science, 2000, pp. 191-202.
International Search Report dated Sep. 11, 2008, International Application No. PCT/US07/70585.
International Search Report (Application No. PCT/US06/37275) mailed Sep. 24, 2007 (2 pages).
Jahanzeb et al., "Libra: a computational economy-based job scheduling system for clusters", Software Practice and Experience, Feb. 24, 2004, vol. 34, pp. 573-590.
Jain et al., "Data Clustering: A Review", ACM Computing Surveys, Sep. 1999, vol. 31, No. 3.
Maeder, R., "Mathematica Parallel Computing Toolkit: Unleash the Power of Parallel Computing", Wolfram Research, Jan. 2005.
Tepeneu and Ida, "MathGridLink—A bridge between Mathematica and the Grid", Nippon Sofutowea Kagakkai Taikai Ronbunshu, 2003, vol. 20, pp. 74-77.
Wolfram, Stephen: The Mathematica Book 5th Edition; Wolfram Research, Inc. 2003.
Kepner, Jeremy et al., "Parallel Matlab: The Next Generation", Aug. 20, 2004, MIT Lincoln Laboratory, Lexington, MA.
Kim, Hahn et al., "Introduction to Parallel Programming and pMatlab v2.0", 2011, MIT Lincoln Laboratory, Lexington, MA.

* cited by examiner



*FIG. 1*



FIG. 2



FIG. 3



FIG. 4

**FIG. 5**

*500*

**View Status**

*505*

| Module | Status | Submitted | Began | Completed |
|---|---|---|---|---|
| Weather Forecast | Completed | 7/12/2006 1:00 pm | 7/12/2006 2:00 pm | 7/12/2006 2:30 pm |
| Rocket Thrust | Queued | 7/12/2006 2:00 pm | N/A | N/A |



*FIG. 6*

*700*



*705*
RECEIVE ALGORITHM INPUTS

*710*
SCHEDULE ALGORITHM EXECUTION

*715*
RECEIVE COMPUTATION RESULTS

*720*
DISPLAY COMPUTATION RESULTS

*FIG. 7*

800



|            |
| --- |
| *STORE ALGORITHM* |

↓ 805

|            |
| --- |
| *RECEIVE ALGORITHM SELECTION* |

↓ 810

|            |
| --- |
| *STORE ALGORITHM INPUTS* |

↓ 815

|            |
| --- |
| *DETECT COMPLETE SET OF INPUTS* |

↓ 820

|            |
| --- |
| *SCHEDULE ALGORITHM EXECUTION* |

↓ 825

|            |
| --- |
| *TRANSMIT ALGORITHM AND INPUTS FOR EXECUTION* |

↓ 830

*FIG. 8*



*900*

*905*

DETECT COMPLETE SET OF
ALGORITHM INPUTS

*910*

SCHEDULE ALGORITHM EXECUTION

*915*

CAUSE TRANSMISSION OF ALGORITHM
AND INPUTS FOR EXECUTION

*FIG. 9*



*FIG. 10*

US 8,849,889 B1

**1**

## CLUSTERED COMPUTER SYSTEM

### INCORPORATION BY REFERENCE TO RELATED APPLICATIONS

Any and all priority claims identified in the Application Data Sheet, or any correction thereto, are hereby incorporated by reference under 37 C.F.R. 1.57.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

Embodiments of the systems and methods described herein relate to computer systems for scheduling and managing a clustered math engine.

2. Description of the Related Art

Grid computing and clustered computing are two forms of distributed computing in which multiple computers work together to solve computations. In these architectures, a complex computation may be broken down into several parts. Each part of the computation may be distributed to individual computers in the grid or cluster of computers, such that each individual computer performs a part of a computation. Because parts of the computation may be performed in parallel, grid computing and cluster computing can lead to substantial increases in processing power and speed compared to standalone computers.

Many computational systems exist to take advantage of the power of grid computing and clustered computing. For example, gridMathematica is a grid-based version of the commercially-available mathematics engine Mathematica. In many cases, the full power of grid-based or cluster-based computational systems, however, is accessible only to those who have a computer grid or a cluster of computers. Many entities do not have a computer gird or a cluster of computers, and thus often cannot take advantage of the power of grid-based or cluster-based computational systems.

### SUMMARY

Embodiments of the systems and methods described herein provide greater access to grid-based or cluster-based computational systems. In one embodiment, the system provides a web-based interface to a clustered math engine, such as, for example, gridMathematica. Advantageously, a user can access the web-based interface using a web browser. Using the web-based interface, the user may schedule the performance of complex computations on a remote clustered math engine. After the performance of the computation, the user may also view results of the computation using the web-based interface.

Embodiments of the systems and methods described herein include a math queue manager that schedules the performance of computations on the clustered math engine. Embodiments further include a program host that stores programs that define the computations that may be performed on the clustered math engine, inputs to those programs, and outputs that result from the computations.

Advantageously, the various features and components of embodiments described herein provide a user access to the computational power of a clustered math engine without requiring the user to own a clustered math engine.

This Summary concisely summarizes the subject matter of this disclosure and does not limit the invention. Indeed, this Summary does not identify every novel or advantageous feature of the embodiments set forth in the Detailed Description.

**2**

The Detailed Description sets forth novel and advantageous features of some embodiments, but the invention is not limited to any particular embodiment. Accordingly, neither this Summary nor the Detailed Description purports to define the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram that illustrates one embodiment of a system for performing clustered computations.

FIG. **2** is a block diagram that illustrates one embodiment of a networked system for performing clustered computations.

FIG. **3** is a simplified screen shot that illustrates the selection of a computation to be performed.

FIG. **4** is a simplified screen shot that illustrates a value entry screen.

FIG. **5** is a simplified screen shot that illustrates a view status screen.

FIG. **6** is a simplified screen shot that illustrates a view results screen.

FIG. **7** is a flowchart that illustrates a process of performing a computation in accordance with one embodiment.

FIG. **8** is a flowchart that illustrates another embodiment of a process of performing a computation.

FIG. **9** is a flowchart that illustrates a process of scheduling computations in accordance with one embodiment.

FIG. **10** is a flowchart that illustrates a process of receiving program inputs and receiving computation results.

### DETAILED DESCRIPTION

Grid computing and clustered computing are two forms of distributed computing in which multiple computers work together to solve computations. In these architectures, a complex computation may be broken down into several parts. Each part of the computation may be distributed to individual computers in the grid or cluster of computers, such that each individual computer performs a part of a computation. Because parts of the computation may be performed in parallel, grid computing and cluster computing can lead to substantial increases in processing power and speed compared to standalone computers.

Many computational systems exist to take advantage of the power of grid computing and clustered computing. For example, gridMathematica is a grid-based version of the commercially-available mathematics engine Mathematica. In many cases, the full power of grid-based or cluster-based computational systems, however, is accessible only to those who have a computer grid or a cluster of computers. Many entities do not have a computer gird or a cluster of computers, and thus often cannot take advantage of the power of grid-based or cluster-based computational systems.

Embodiments of the systems and methods described herein provide greater access to grid-based or cluster-based computational systems. In one embodiment, the system provides a web-based interface to a clustered math engine, such as, for example, gridMathematica. Advantageously, a user may access the web-based interface using a web browser. Using the web-based interface, the user may schedule the performance of complex computations on a remote clustered math engine. After the performance of the computation, the user may also view results of the computation using the web-based interface.

As used herein, the term "math engine" refers to a computational engine that has predefined complex mathematical operations such as integration. A skilled artisan will appreci-

US 8,849,889 B1

**3**

ate that any computer with an appropriate programming language or application can be configured to perform complex mathematical computations. For example, a programmer can use a language such as C to program an integration operation and other complex mathematical operations. However, the term "math engine" does not encompass a computer with a simple C compiler because C does not have predefined complex mathematical operations. Examples of math engines are Mathematica and Maple, which do have predefined complex mathematical operations. In one embodiment, a math engine includes specialized hardware, such as, for example, a hardware accelerator or FPGAs, designed to perform some or all of the complex mathematical operations. In such embodiments, some operations can be offloaded to a hardware accelerator that may perform the operations faster than a general purpose computer executing software. However, hardware accelerators are not required—the systems and methods disclosed herein can be implemented in software to be executed on a general purpose computer, hardware, firmware, or any combination of software, hardware, and firmware.

Embodiments of the systems and methods described herein include a math queue manager that schedules the performance of computations on the clustered math engine. Embodiments further include a program host that stores programs that define the computations that may be performed on the clustered math engine, inputs to those programs, and outputs that result from the computations.

Herein, several components "store" programs or data. The term "store," as used herein, means to store on a computer-accessible medium such as a hard disk drive, a CD-ROM drive, a magnetic tape drive, an optical disc, a DVD-ROM, in Random Access Memory, on a flash memory device, or in any other form of computer-accessible storage known to a skilled artisan.

Advantageously, the various features and components of embodiments described herein provide a user access to the computational power of a clustered math engine without requiring the user to own a clustered math engine.

Embodiments of systems and methods are now described by way of example and not limitation. For illustration, the examples are described with reference to figures. On the figures, reference numerals indicate components of systems or steps in processes. For clarity, when a particular component or step appears in multiple figures, the same reference numeral is used to identify the component or step in each case. Further, the first digit of each reference numeral corresponds to the figure on which the reference numeral first appears. Thus, for example, the reference numeral **100** first appears on FIG. **1**, while the reference numeral **200** first appears on FIG. **2**.

FIG. **1** is a block diagram that illustrates one embodiment of a system for performing clustered computations. In one embodiment, a system for performing clustered computations **100** comprises a clustered computation engine **105**, a queue manager **110**, a program host **115**, and a web server **120**. The clustered computation engine **105** preferably comprises multiple clustered computers, or a grid of computers, that are collectively configured to perform computations. Preferably, computations are distributed among the multiple computers and are performed in parallel. In one embodiment, the clustered math engine **105** comprises multiple computers that communicate using Message Passing Interface ("MPI"), a standard protocol for the computers in a parallel computing environment to communicate with each other. In one embodiment, as illustrated, the clustered computation engine **105** is a clustered math engine that is particularly configured to per-

**4**

form mathematical computations. An example of a clustered math engine is gridMathematica running on a cluster of computers or a grid of computers.

The term "clustered" is used herein to concisely refer to any group of multiple computers that are configured to distribute a computation such that each computer performs a part of the computation. The term "clustered," as used herein, does not distinguish between computer clusters and computer grids, and does not exclude computer grids. Skilled artisans may, in some cases, distinguish between computer clusters and computer grids. However, embodiments of the systems and methods described herein can preferably be configured to work on computer clusters, computer grids, or both. The term "cluster-specific" will be used when describing any embodiments designed specifically for computer clusters. The term "grid-specific" will be used when describing any embodiments designed specifically for computer grids.

Hereinafter, for ease of explanation and not limitation, the clustered computational engine **105** is referred to as the clustered math engine **105** because, in one implementation, the system provides access to gridMathematica. A skilled artisan will appreciate, in light of this disclosure, that a clustered math engine is a particular example of a clustered computational engine. The invention is not limited to clustered math engines but also may more broadly encompass clustered computational engines in some embodiments.

In one embodiment, the clustered math engine **105** comprises a cluster of computers, or a grid of computers, configured to perform mathematical computations using gridMathematica. The software gridMathematica is commercially-available from Wolfram Research. Alternatively or additionally, other math engine software may be used, such as, for example, Maple, MathWorks, Mathcad, MATLAB, or the like. Alternatively or additionally, a more general computational engine, not necessarily a math engine, may be used. The clustered math engine **105** may use any cluster of computers or grid of computers suitable for running the math engine or computational engine software.

In one embodiment, the queue manager **110** manages the scheduling of computations to be performed by the clustered math engine **105**. Hereinafter, the queue manager **110** is referred to as the math queue manager **110** because the preferred embodiment interacts with gridMathematica. A skilled artisan will appreciate, in light of this disclosure, however, that the queue manager **110** may be configured to interact with any computational engine, not necessarily a math engine.

In one embodiment, the program host **115** stores programs that define computations that may be run on the clustered math engine **105**. Additionally, the program host **115** may store inputs to the programs. Additionally, the program host **115** may store outputs that result from the performance of computations. In one embodiment, the program host **115** includes one or more databases residing on one or more computers. In this embodiment, the programs can be stored as one or more data objects stored in the database. Alternatively or additionally, the programs can be stored as separate files that are referenced by data items or records in the database. Alternatively or additionally, the program host **115** stores the programs as files in a file system and allows the files to be accessed using file system operations.

As indicated above, a program defines a computation that may be run on the clustered math engine **105**. Generally, a program comprises one or more computer-executable instructions that set forth a computation. The term "program" encompasses an algorithm, a procedure, a function, an operation, or any other mechanism that defines a computation.

US 8,849,889 B1

**5**

Herein, the term "computer-executable instructions" includes any instructions that cause a computer to perform any task, whether those instructions are encoded in compiled code, code that requires interpretation to be executed, or any other type of encoding.

In one embodiment, the web server **120** provides a web-based interface to a user. Using the web-based interface, the user may request the performance of a computation, enter inputs for the computation, view status information regarding scheduled or completed computations, view results of completed computations, and the like. In one embodiment, the web server **120** includes or is in communication with a graphics component configured to display the results of computations in graphical format. In one embodiment, the web server is a standard web server that provides the user access to the system via a standard web browser.

In one embodiment, the web server **120** provides a web interface, at least in part, by using functionality of webMathematica, a web-based version of Mathematics that is commercially available from Wolfram Research. Because webMathematica is designed as a web application, it provides user-friendly input, output, and display to users in a web-based environment. However, webMathematica is not natively configured to interface with a clustered math engine. Accordingly, embodiments of the systems and methods described herein enhance the capabilities of webMathematica and use them to build a user-friendly interface to a clustered math engine, as described herein. While webMathematica is used in one embodiment, other environments for receiving user input and displaying output to a user known to a skilled artisan can be used in place of or in addition to webMathematica.

The graphics component (implemented using webMathematica in one embodiment) is configured to generate graphical displays of results. In addition, in one embodiment, the graphics component has its own computational power. Advantageously, the computational power of the graphics component is used, in one embodiment, to perform less complex computations that do not require the clustered math engine **105**. In addition, the graphics component may be used to perform post processing of computational results.

An example transaction is now described in order to illustrate in greater detail the components and functions of the web server **120**, the program host program host **115**, the math queue manager **110**, and the clustered math engine **105**. A transaction begins when a user interacts with the web server **120**. Herein, the term "user" is not necessarily limited to a human user. A user may be an automated process, such as, for example, a batch process that is configured to periodically interact with the system and request the performance of a computation.

The user interacts with the web server **120** to request the execution of a specific computation. To facilitate the user's selection of a computation, the web server **120** may present to the user a list of computations available to the user that may be run on the clustered math engine **105**. In one embodiment, the computations are defined by programs stored on the program host **115**. The web server **120** may communicate with the program host **115** to determine which computations are available to the user. The user may have access to all computations, to a subset, or to none. The user's access may be governed by user-specific permissions. For example, in one embodiment, computation subscriptions may be sold and the user's access may be restricted by which subscriptions have been purchased on behalf of the user. Alternatively or additionally, access permissions may be based on security levels, such that, for example, a scientist working on a project may be granted

**6**

access to computations related to the project while a data entry clerk may not have access.

In one embodiment, the program host **115** comprises storage of programs **125**, inputs **130**, and outputs **135**. The programs **125** include the programs that define the computations that may be performed on the clustered math engine **105**. The inputs **130** include parameters, values, and other inputs to the computations. For example, in a simple computation of batting average, the computation requires inputs of number of hits and number of at bats. The outputs **135** comprise outputs of computations that have been run. Advantageously, in one embodiment, the outputs **135** are stored for a period of time, such as, for example, a year or more, nine months or more, six months or more, 3 months or more, 2 months or more, or 1 month or more. Advantageously, embodiments of the systems and methods described herein allow the user to access the results of a computation for as long as the results are stored in the outputs **135**.

In one embodiment, upon selecting a computation for scheduling, the user may also specify the inputs **130** to the computation. The web server **120** communicates with the program host **115** to determine which inputs are required and provides an interface for entering the inputs. The user can enter the inputs in a variety of ways. For example, the user may type the inputs into a form with fields to be filled out. Alternatively or additionally, the web server **120** may provide a mechanism for importing inputs from a text file, a spreadsheet file, or a similar source.

In some cases, particularly for complex computations, a user may not know the value of every input but may subsequently find out the value of inputs over time. For example, in a computation of average household income over a large geographic area, the user may receive household income statistics from specific geographic areas at different times. On one day, the user may receive statistics about New York. On subsequent days, the user may receive statistics from Maine, then Idaho, then California, then Hawaii, and so on. Preferably, the program host **115** allows the user to store an incomplete set of inputs and to supplement the inputs **130** at later times.

In one embodiment, upon the receipt of a program selection and input values by the program host **115**, the math queue manager **110** schedules performance of the selected program by the clustered math engine **105**. In one embodiment, the math queue manager **110** comprises a scheduler **140** and a queue polling process **145**. The scheduler **140** receives information from the clustered math engine **105** about available times for scheduling computations, schedules computations, and keeps track of the schedules and status of the computations from the time of scheduling until the completion of the computation. Preferably, the web server **120** receives user input regarding scheduling of computations and forwards such user input to the scheduler **140**.

In some cases, the scheduler **140** can schedule a computation as soon as the user has selected a program and entered inputs. For example, the scheduler **140** can schedule a computation immediately when the user enters a complete set of inputs. However, under some circumstances, such as when the set of inputs is not yet complete, the scheduler **140** cannot schedule the computation and ensure that the computation can be performed at the scheduled time. The scheduler **140** cannot, for example, guarantee that all inputs will be entered at the time a computation is scheduled to be performed. In one embodiment, the scheduler **140** can nevertheless schedule the performance of the computation and essentially assume that the set of inputs will be completed in time. In this embodiment, if the set of inputs is not completed in time, the perfor-

US 8,849,889 B1

7

mance of the computation may fail. In such cases, the scheduler **140** may schedule a new time.

In one embodiment, the queue polling process **145** assists the math queue manager **110** to determine when a computation is ready for scheduling. In one embodiment, the queue polling process **145** periodically polls the program host **115** to determine whether a user has selected a program for scheduling and whether the inputs to the program are complete. When the queue polling process **145** determines that a program with complete inputs does exist, the scheduler **140** can schedule the computation. Preferably, the queue polling process **145** also periodically polls the clustered math engine **105** to obtain status information regarding running computations. Alternatively, the program host **115** or the clustered math engine **105** may initiate communications with the math queue manager **110**, such that polling is not required.

An advantage of embodiments where the program host **115** and math queue manager **110** are separate from the web server **120** is that the user need not wait online until the clustered math engine **105** is able to perform the requested computation. Rather, the user can select a program, enter inputs and scheduling information, and log off. The program host **115** takes care of hosting the program and the inputs and the math queue manager **110** manages the scheduling and performance of the computation.

In one embodiment, when the scheduler **140** determines that it is time to perform a computation, the scheduler **140** communicates with the clustered math engine **105** and causes the clustered math engine **105** to perform the computation. Several alternatives exist for transmitting the programs, inputs, and instruction to perform a calculation to the clustered math engine **105**. For example, program host **115** may transmit the program and inputs to the math queue manager **110** and the math queue manager **110** may in turn transmit the program and inputs to the clustered math engine **105** along with an instruction to perform the operation. Alternatively, the math queue manager **110** may indicate to the program host **115** that it is time to perform a computation, and the program host **115** may transmit the program and inputs, along with an instruction to perform the computation, to the clustered math engine **105**. Alternatively, the program host **115** may transmit the program and inputs to the clustered math engine **105** while the math queue manager **110** transmits an instruction to perform the computation to the clustered math engine **105**. Alternatively, the math queue manager **110** may indicate to the clustered math engine **105** that it is time to perform a computation and the clustered math engine **105** may request the program and inputs from the program host **115**. In any of the above embodiments, the receipt by the clustered math engine **105** of the program and inputs may be deemed to be an instruction to perform the computation, such that an explicit instruction to perform the computation is not necessary in some embodiments.

Various types of scheduling are supported by the scheduler **140**. For example, the scheduler **140** may attempt to schedule the performance of a computation at a specific time and date. A skilled artisan will appreciate, in light of this disclosure, that it may be difficult, in many cases, to calculate an exact time that the clustered math engine **105** will finish previously scheduled computations and be available to perform a future computation. In some embodiments, however, a computation may be scheduled for a particular starting time and may, if the computation has high priority, cause the clustered math engine **105** to interrupt the performance of previously-scheduled computations in order to start the newly-scheduled computation at the scheduled time.

8

Another type of scheduling supported by the scheduler **140** is simply to order the computations such that the computations will be performed on a first-in first-out basis. In this type of scheduling, the scheduler **140** need not specify a specific time at which a computation will begin. Rather, each computation will begin when its place in the queue is reached and the clustered math engine **105** has sufficient resources available to start the computation. Preferably, while a precise time that the computation will be performed may not be calculable, the math queue manager **110** provides a status of pending computations, including an estimate of when the computation will start.

The scheduler **140** may also support priority-based scheduling. For example, in one embodiment, a priority value may be assigned to each computation, and the system may, upon each opportunity to start a new computation, perform the pending computation that has the highest priority. If multiple computations have the same priority, the system may revert to first-in, first-out to break ties. Alternatively or additionally, a high priority computation may be allowed to move forward in a queue according to rules that prevent excessive delay of other computations. For example, high priority computations may not be allowed to move ahead of computations that have already been in the queue for an extended period of time, such as, for example, 6 hours.

In one embodiment, the scheduler **140** selects one or more computers within the clustered math engine **105** to execute a program. The selection of computers may be based on criteria. For example, in one embodiment, the scheduler **140** may select computers that have the lightest workload. Alternatively or additionally, the scheduler **140** may select computers that are specially adapted to perform a particular computation. Similarly, the scheduler **140** may also determine, in certain circumstances, to cause the execution of a variant of the user-selected program. For example, specialized variants may exist that can be performed more quickly and efficiently in some circumstances. Thus, the ability of the scheduler **140** to choose a variant program can advantageously increase the efficiency and power of the system.

In one embodiment, upon completion of a computation, outputs of a computation may be stored in the program host **115**. The clustered math engine **105** may transmit the outputs to the program host **115** directly. Alternatively, the clustered math engine **105** may transmit the outputs to the math queue manager **110** and the math queue manager **110** may, in turn, transmit the outputs to the program host **115**. The transmission of outputs may be initiated by the clustered math engine **105**. Alternatively, the queue polling process **145** may periodically poll the clustered math engine **105** to determine the status of computations and may request that the outputs be transmitted upon determining that a computation has completed. Alternatively, the program host **115** may optionally have a polling process that polls the clustered math engine **105**.

Preferably, the user is notified when a computation has completed and results are available for viewing. In one embodiment, the system sends a notification email to the user. Alternatively, a polling process **150** may periodically poll the program host **115** to determine if outputs have been stored in the program host **115**. The polling process **150** may communicate with the web server **120** to indicate when results are available.

Preferably, the user can log into the web server **120** to view results of the computation. In one embodiment, the web server **120** displays textual information regarding the results of the computation. Alternatively or additionally, the web server displays graphical information regarding the results of

US 8,849,889 B1

**9**

the computation. In one embodiment, for example, the web server **120** is in communication with a graphical computation engine that is configured to display computational results in a graphical format. In one embodiment, the graphical computation engine is webMathematica, a commercially-available tool for running Mathematica computations and displaying results in graphical format on a web browser. While web-Mathematica is capable of performing independent computations, in the preferred embodiments, the graphical computation engine is used to graphically display the results of computations performed by the clustered math engine **105**, not to independently perform computations. Alternatively, however, the graphical computation engine can perform post-processing computations on the outputs **135**. For example, in one embodiment, the graphical computation engine performs computations that do not require the power of the clustered math engine **105**, such as a computation of the mean of an array of results returned by the clustered math engine **105**. An example of post-processing is to customize results for particular users. For example, a project manager may receive a report that includes the "big picture" but does not provide the most detailed results. A laboratory scientist, on the other hand, may receive a much more detailed report.

FIG. **1** depicts an embodiment by way of example and not limitation. A skilled artisan will appreciate, in light of this disclosure, that the systems and methods described herein can be implemented in a variety of ways consistent with the examples set forth herein. For example, while FIG. **1** shows the math queue manager **110**, the program host **115**, and the web server **120** in single blocks on a block diagram, this does not indicate or imply that each of these components must be on a single computer. In one embodiment, each of the math queue manager **110**, the program host **115**, and the web server **120** are executed on an individual computer, but this is not necessary. Any of these components, some of them, or all of them can be distributed across multiple computers. For example, in one embodiment, the web server **120** comprises multiple computers and requests to the web server **120** are distributed among the multiple computers in order to balance the load among the multiple computers.

In one embodiment, the system is able to communicate with multiple program hosts and computation/math engines. FIG. **2** is a block diagram that illustrates one embodiment of a networked system for performing clustered computations. In one embodiment, a system for performing clustered computations **200** comprises a plurality of program host computers **205**, **210**, and **215**, a math queue manager **110**, and a plurality of clustered math engine computers **220**, **225**, and **230**. These components are connected via a network **235**. In one embodiment, the network **235** comprises the Internet.

In one embodiment of the networked system for performing clustered computations **200**, inputs and programs can originate from any of the hosts **205**, **210**, or **215**. The math queue manager **110** can schedule computations to be performed using the inputs and programs on any of the hosts **205**, **210**, or **215**. Further the math queue manager **110** can schedule computations on any one or more of the clustered math engines **220**, **225**, or **230**.

There are a variety of ways to determine which of the clustered math engines **220**, **225**, or **230** is to perform a given calculation. For example, in one embodiment, the math queue manager **110** determines which of the clustered math engines **220**, **225**, or **230** is best able to handle the computation. This determination may depend on a variety of factors, including, for example, the capacity of each engine, any unique capabilities that each engine may have, the speed of each engine, the schedule of each engine (that is, how busy each engine is

**10**

and when each engine will be available), user preferences regarding which engine to use, and the like. Alternatively or additionally, particular engines may be reserved for specific purposes, such as, for example, to handle high priority computations, to handle computations requested by high priority clients, or the like. For example, in one embodiment, a client that performs many computations and needs rapid turnaround of computations may request that a specific portion of processing time for a particular clustered math engine **220** be reserved for computations from that client. The client may pay a fee for this reservation of processing time. The math queue manager **110** may be configured to assign computations requested by non-favored clients to other math engines in order to ensure that the clustered math engine **220** will generally be available to perform computations for the favored client.

In one embodiment, the different clustered math engines **220**, **225**, and **230** may differ in their capabilities, such as processing power, speed, computations supported, and the like. Advantageously, in this embodiment, the system is able to provide different levels of service depending on the needs of clients. For example, for computations that require high processing power and fast performance, the system may allow users to request that the fastest and most powerful engine is used. Alternatively, clients may desire to use a less powerful and slower engine for computations that are not time sensitive. An operator of the system may charge different fees based on the level of service chosen by a client.

In one embodiment, multiple clustered math engines **220**, **225**, and **230** may work together in order to solve particularly complex or time-sensitive computations. For example, the math queue manager **110** may assign portions of a computation to the clustered math engine 1 **220** and other portions of the computation to the clustered math engine 2 **225**. Alternatively or additionally, the clustered math engines **220**, **225**, and **230** may participate in determining whether additionally engines are called in to perform a computation. For example, a computation may be assigned to the clustered math engine 1 **220**, and the clustered math engine 1 **220** may determine that the cluster does not have sufficient resources to finish the computation quickly enough. In such a case, the clustered math engine 1 **220** may directly communicate with the clustered math engine 2 **225**, for example, to assign a portion of the computation. Alternatively or additionally, the clustered math engine 1 **220** may communicate with the math queue manager **110** to request that the math queue manager **110** assign a portion of the computation to one or more additional engines.

FIGS. **3-6** are simplified screen shots that illustrate a process of requesting a computation to be performed and receiving computation results. FIG. **3** is a simplified screen shot that illustrates the selection of a computation to be performed. A create new job screen **300** comprises a listing of computations **305** that are available to the user. The illustrated listing of computations **305** includes a "Weather Forecast" computation that determines likely future weather conditions based on current environmental conditions and a "Rocket Thrust" computation that determines the thrust that will be achieved by a rocket of specified parameters.

Preferably, the screen **300** is generated by the web server **120** and can be displayed using a standard web browser. Preferably, the computations listed in the list of computations **305** include the computations defined by the programs **125** stored on the program host **115**. The list may not show every stored computation, however, because the list is preferably restricted to those computations that the user is authorized to access. Embodiments of the system determine whether a user

US 8,849,889 B1

**11**

is authorized to access a particular computation based at least in part on user-level and/or company-level permissions. Such permissions may be based, in whole or in part, on whether a user or company has paid a fee to obtain access to a particular computation. Preferably, the screen **300** provides an easy way for the user to choose one of the computations, such as the illustrated mechanism of providing a hypertext link for each of the computation names.

FIG. **4** is a simplified screen shot that illustrates a value entry screen. The illustration of FIG. **4** shows, in particular, a value entry screen that may appear if a user chooses the "Weather Forecast" computation of FIG. **3**. As shown, the value entry screen **400** comprises a plurality of input fields **405** for entering input values. The input fields **405** include, in this example, current temperature, humidity, average historical temperature, and altitude. A slider bar indicates the existence of additional input fields that are not shown on the present screen **400**. As described above, the input fields **405** may be generated by the web server **120** and presented to the user in a standard web browser. User entry of the input fields **405** is one way that the system receives input values. As stated above, the system may also receive input from a text file, a spreadsheet file, or any other way known to a skilled artisan for receiving input values.

In one embodiment, the user is not required to enter all of the input values in one sitting. Preferably, the system allows the user to save a partial set of input values. The user can access the partial set at a later time, add to them, or change them. Upon final submission of a complete set of input values, the system can schedule the computation for performance by the clustered math engine **105**.

FIG. **5** is a simplified screen shot that illustrates a view status screen. In one embodiment, the view status screen **500** displays the status of each computation accessible to the user. The status information **505** may comprise, for example, a status indicator, a time submitted, a time began, and a time completed. A skilled artisan will appreciate, in light of this disclosure, that the foregoing status information **505** is not a complete list, and other information may be included in a status information **505** page. The status indicator field may indicate whether a computation has been completed, queued, running, skipped, or that an error occurred. A skilled artisan will appreciate, in light of this disclosure, that other statuses are also possible.

As shown, the status information **505** shows that the "Weather Forecast" computation has completed and that the "Rocket Thrust" computation has been queued. Advantageously, in the illustrated embodiment, detailed results or status information can be obtained by selecting a hypertext link associated with each of the computations shown on the status page.

FIG. **6** is a simplified screen shot that illustrates a view results screen. In one embodiment, the view results screen **600** comprises textual results information **605** and graphical results information **610**. The illustrated screen **600** shows the results of the Weather Forecast computation. According to the Weather Forecast computation, in one week the temperature is projected to increase from 65 to 75. Advantageously, the display of both textual results information **605** and graphical results information **610** allows a user to better understand the results and to analyze the results in any amount of detail that is desired. In one embodiment, the graphical results information **610** is generated by a graphical computation engine that is in communication with the web server **120**. In one embodiment, the graphical computation engine is webMathematica.

FIG. **7** is a flowchart that illustrates a process of performing a computation in accordance with one embodiment. A pro-

**12**

cess of performing a computation **700** comprises a block **705** of receiving program inputs, a block **710** of scheduling program execution, a block **715** of receiving computation results, and a block **720** of displaying computation results. In the block **705**, the process **700** receives program inputs. Preferably, the process **700** receives at least a portion of program inputs from a human user. Alternatively or additionally, the process **700** may receive program inputs from an automated process. For example, in one embodiment, the process **700** may receive program inputs by downloading information from a resource available on a computer network, such as, for example, information available on the World Wide Web. Preferably, the process **700** stores the program inputs in inputs **130** of the program host **115**.

In the block **710**, the process **700** schedules program execution. Preferably, program execution is scheduled when sufficient inputs have been received to perform a computation. In one embodiment, the queue polling process **145** of the math queue manager **110** detects when sufficient inputs exist in the inputs **130** of the program host **115** in order to schedule program execution. In one embodiment, the scheduler **140** performs the step of scheduling program execution. The scheduler **140** may perform this step at least in part by communicating with the clustered math engine **105** to determine when the clustered math engine **105** is available to execute the program.

In the block **715**, the process **700** receives computation results. In one embodiment, the computation results are received by the program host **115** after execution of the program by the clustered math engine **105**. In one embodiment, the queue polling process **145** of the math queue manager **110** detects when the clustered math engine **105** has executed the program and coordinates transmission of the results from the clustered math engine **105** to the program host **115**. The transmission of the results from the clustered math engine **105** to the program host **115** may be direct. Alternatively or additionally, the transmission may be indirect. For example, an indirect transmission may go from the clustered math engine **105** to the math queue manager **110**, to the program host **115**. In one embodiment, the clustered math engine **105** may automatically transmit results upon execution of a program, without being directed by the math queue manager **110**.

In one embodiment, the results are stored in a computer-accessible medium such as, for example, a hard disk drive, an optical disc, a CD-ROM, a DVD-ROM, a flash memory device, Random Access Memory, a magnetic tape, or any other storage medium known to a skilled artisan. In the block **720**, the process **700** displays computation results. In one embodiment, the web server **120** performs the step of displaying computation results, received from one or more remote computers, to the user. Preferably, the web server **120** is in communication with a graphical computation engine such as webMathematica. The graphical computation engine such as webMathematics performs post-processing on the results in order to display the results in an understandable format. In one embodiment, the results are displayed in at least graphical format. Alternatively or additionally, the results may also be displayed in numerical or tabular format. Preferably, the user may choose different formats in which to view the results.

The process **700** is used to schedule program execution on the clustered math engine **105** and to receive results from the clustered math engine **105**. Advantageously, providing a process for scheduling program execution and receiving results on a clustered math engine **105** allows users to have access to powerful computational features of the clustered math engine **105**. Advantageously, in one embodiment, the process **700** is made accessible to the user over the web server **120**, so that

US 8,849,889 B1

**13**

the user can control the operation of the process **700** using a standard web browser. Advantageously, an embodiment also provides for asynchronous scheduling of program execution on the clustered math engine **105**.

FIG. **8** is a flowchart that illustrates another embodiment of a process of performing a computation. A process of performing a computation **800** comprises a block **805** of storing a program, a block **810** of receiving a program selection, a block **815** of storing program inputs, a block **820** of detecting a complete set of inputs, a block **825** of scheduling program execution, and a block **830** of transmitting a program and inputs for execution. In the block **805**, the process **800** stores a program on a computer-accessible storage medium. Preferably, the process **800** stores the program as part of programs **125** of the program host **115**. Advantageously, providing the program host **115** on a server separate from a user computer but accessible to the user computer over network allows the user to have access to powerful programs without having to program the programs or to store the programs on local storage. The hosted programs **125** may be very complex and may be outside the skill of a user to compute. Advantageously, however, by providing access to the hosted programs **125**, the process **800** may allow the user to access a program and have the program performed without having detailed knowledge of how the program works. Rather, preferably the user needs only select the program and, in some cases, provide inputs to the program.

In the block **810**, the process **800** receives a program selection. Preferably, in this step, the process **800** receives a selection from a user regarding a specific program that the user wants the clustered math engine **105** to execute. For example, as illustrated on the screen **300** of FIG. **3**, a user may select the "Optimal Product Price" program or the "Stock Target Price" program. In one embodiment, the web server **120** performs the step of receiving a program selection.

In the block **815**, the process **800** stores program inputs on a computer-accessible storage medium. Preferably, the process **800** receives at least a portion of the program inputs to be stored from a human user. Alternatively or additionally, the process **800** may receive program inputs from an automated process. For example, in one embodiment, the process **800** may receive program inputs by downloading information from a resource available on a computer network, such as, for example, information available on the World Wide Web. Preferably, the process **800** stores the program inputs in inputs **130** of the program host **115**.

In the block **820**, the process **800** detects a complete set of inputs. Preferably, the detection of a complete set of inputs includes determining that enough inputs are stored to allow the clustered math engine **105** to perform the program. In one embodiment, the math queue manager **110** performs the step of detecting a complete set of inputs. Preferably, the queue polling process **145** of the math queue manager **110** performs this step. Alternatively or additionally, the program host **115** may determine whether a complete set of inputs has been stored. Advantageously, the step of detecting a complete set of inputs allows a user to enter inputs at different times so that a user does not have to enter all inputs at once. A user can, for example, select a program and enter some inputs in one sitting, come back a second time to enter other inputs, and come back a third time to direct the program host **115** to retrieve other inputs from a resource accessible to the program host **115**. The step of detecting a complete set of inputs is also advantageous because it is compatible with the possibility that inputs may need to be gathered over time. For example, a user may select a program that determines the mean daily temperature over the next month. Such a program cannot be

**14**

executed immediately because future daily temperature readings must occur before sufficient inputs exist to execute the program.

In the block **825**, the process **800** schedules program execution. Preferably, program execution is scheduled when sufficient inputs have been received to perform a computation. In one embodiment, the queue polling process **145** of the math queue manager **110** detects when sufficient inputs exist in the inputs **130** of the program host **115** in order to schedule program execution. In one embodiment, the scheduler **140** performs the step of scheduling program execution. The scheduler **140** may perform this step at least in part by communicating with the clustered math engine **105** to determine when the clustered math engine **105** is available to execute the program.

In the block **830**, the process **800** transmits the program and inputs for execution. In one embodiment, the program host **115** transmits the program and the inputs to the clustered math engine **105**. The clustered math engine **105** then executes the program using the transmitted inputs. Advantageously, this model of hosting inputs and programs separately from the clustered math engine **105** allows the clustered math engine **105** to focus on the performance of powerful mathematical computations rather than devote resources to storing inputs and programs.

Preferably, the process **800** is used to schedule program execution on the clustered math engine **105** and to receive results from the clustered math engine **105**. Advantageously, providing a process for scheduling program execution and receiving results on a clustered math engine **105** allows users to have access to powerful computational features of the clustered math engine **105**. Advantageously, in one embodiment, the process **800** is made accessible to the user over the web server **120**, so that the user can control the operation of the process **800** using a standard web browser. Advantageously, an embodiment also provides for asynchronous scheduling of program execution on the clustered math engine **105**.

FIG. **9** is a flowchart that illustrates a process of scheduling computations in accordance with one embodiment. In one embodiment, a process of scheduling computations **900** comprises a block **905** of detecting a complete set of program inputs, a block **910** of scheduling program execution, and a block **915** of causing the transmission of a program and inputs for execution. In one embodiment, the process **900** is performed by the math queue manager **110**.

In the block **905**, the process **900** detects a complete set of program inputs. Preferably, the detection of a complete set of inputs includes determining that enough inputs are stored to allow the clustered math engine **105** to perform the program. In one embodiment, the math queue manager **110** performs the step of detecting a complete set of inputs. Preferably, the queue polling process **145** of the math queue manager **110** performs this step. Alternatively or additionally, the program host **115** may determine whether a complete set of inputs has been stored. Advantageously, the step of detecting a complete set of inputs allows a user to enter inputs at different times so that a user does not have to enter all inputs at once. A user can, for example, select a program and enter some inputs in one sitting, come back a second time to enter other inputs, and come back a third time to direct the program host **115** to retrieve other inputs from a resource accessible to the program host **115**. The step of detecting a complete set of inputs is also advantageous because it is compatible with the possibility that inputs may need to be gathered over time. For example, a user may select a program that determines the mean daily temperature over the next month. Such a program

US 8,849,889 B1

**15**

cannot be executed immediately because future daily temperature readings must occur before sufficient inputs exist to execute the program.

In the block **910**, the process **900** schedules program execution. Preferably, program execution is scheduled when sufficient inputs have been received to perform a computation. In one embodiment, the queue polling process **145** of the math queue manager **110** detects when sufficient inputs exist in the inputs **130** of the program host **115** in order to schedule program execution. In one embodiment, the scheduler **140** performs the step of scheduling program execution. The scheduler **140** may perform this step at least in part by communicating with the clustered math engine **105** to determine when the clustered math engine **105** is available to execute the program.

In the block **915**, the process **900** causes the transmission of the program and inputs for execution. In one embodiment, the math queue manager **110** causes the program host **115** to transmit the program and the inputs to the clustered math engine **105**. The clustered math engine **105** then executes the program using the transmitted inputs. Advantageously, this model of hosting inputs and programs separately from the clustered math engine **105** allows the clustered math engine **105** to focus on the performance of powerful mathematical computations rather than devote resources to storing inputs and programs.

The process **900** is used to schedule program execution on the clustered math engine **105** and to receive results from the clustered math engine **105**. Providing a process for scheduling program execution and receiving results on a clustered math engine **105** allows users to have access to powerful computational features of the clustered math engine **105**. In one embodiment, the process **900** is made accessible to the user over the web server **120**, so that the user can control the operation of the process **900** using a standard web browser. An embodiment also provides for asynchronous scheduling of program execution on the clustered math engine **105**.

FIG. **10** is a flowchart that illustrates a process of receiving program inputs and receiving computation results. A process of receiving program inputs and receiving computation results **1000** comprises a block **1005** of receiving program inputs, a block **1010** of transmitting inputs to a host, a block **1015** of receiving computation results, and a block **1020** of displaying computation results. In one embodiment, the process **900** is performed by the web server **120**. In the block **1005**, the process **1000** receives program inputs. In one embodiment, the web server **120** receives the program inputs by serving a web page or other input form that prompts the user for inputs. Alternatively or additionally, the web server **120** may receive program inputs from an automated process.

In the block **1010**, the process **1000** transmits program inputs to a program host. In one embodiment, the web server **120** transmits the inputs to the program host **115**. Preferably, the program host **115** stores the inputs in the inputs **130**. Preferably, the program host **115** is separate from the web server **120** and from the user's computer. Preferably, the program host **115** is accessible to the clustered math engine **105** even when the user's computer or the web server **120** is not accessible, such that once inputs are received, the clustered math engine **105** may access the inputs without regard to whether the user's computer is on and connected to the network. The program host **115** is on one or more computers that are separate from the clustered math engine **105**. Optionally, however, the program host **115** may be stored on one more or computers that are part of the clustered math engine **105**.

In the block **1015**, the process **1000** receives computation results. In one embodiment, the web server **120** performs the

**16**

step of receiving computation results. Preferably, the web server **120** receives the computation results when it is determined that the results exist in the outputs **135** of the program host **115**. The web server **120** may use a polling process, such as the polling process **150**, to determine when the results exist in the outputs **135** of the program host **115**.

In the block **1020**, the process **1000** displays computation results. In one embodiment, the web server **120** performs the step of displaying computation results by serving a web page or other display page to the user's web browser. In one embodiment, the web server **120** is in communication with a graphical computation engine, such as, for example, web-Mathematica. The graphical computation engine may perform post-processing operations on the results in order to display the results in graphical form. Alternatively or additionally, the graphical computation engine may perform computations of lower complexity that don't need the power of the clustered math engine **105**.

Advantageously, the process **1000** may be performed on a web server such that it is accessible to a user of a standard web browser. The process **1000** thus provides a user of a standard web browser with access to powerful mathematical computations that may be performed on the clustered math engine **105**. The simplicity of the process **1000** demonstrates the power of providing such access to a user of a standard web browser. The user need not know anything about the clustered math engine **105**. The user does not need to own the clustered math engine **105** or even understand how it works. Rather, the user simply enters program inputs (received by the process **1000** in the block **1005**), allows the clustered math engine **105** to execute the program in the background (without the user knowing anything about the operation of the clustered math engine **105**), and receive computation results that may be displayed to the user in graphical, textual, or tabular format.

In accordance with the foregoing embodiment, systems and methods described herein provide a user with access to a powerful computational engine, without requiring the user to own the computational engine or understand how it works. The user selects a program and enters program inputs using simple input forms provided using a standard web interface. Embodiments of the systems and methods described herein take care of scheduling a powerful clustered math engine to perform the computations. When it is time for the clustered math engine **105** to perform the computations, the systems and methods described herein take care of transmitting the programs and the inputs to the clustered math engine **105**. Finally, the systems and methods disclosed herein transmit results to the user when the computations have been performed.

As set forth herein, the math queue manager **110** maintains a queue that determines the order in which computations are performed. In one embodiment, users with queue management authorization may manually manage the queue. For example, a user may reorder computations, cause computations to be delayed or skipped, delete computations such that they are not performed, change computation priorities, and the like.

Embodiments of the systems and methods described herein provide access control to computations and the results thereof. In one embodiment, a user can only access results for computations that he submitted. Alternatively or additionally, one or more users associated with the submitting user may also review results. For example, in one embodiment, the system allows a group of assigned users in a company to access results of computations submitted by another member of the group. Access control may also be used to determine which users are authorized to enter inputs, modify computa-

US 8,849,889 B1

**17**

tions that have been scheduled, assign access permissions, or any other task. In one embodiment, the system allows users with access-granting privileges to set which users are authorized to access which computations. In one embodiment, a user may set such permissions by checking a box for each user authorized to access a particular computation. A skilled artisan will appreciate, in light of this disclosure, that any type of access control may be used, and that any level of complexity of access control may be used.

In one embodiment, users are able to create new programs for storage at the program host **115**. Embodiments of the systems and methods provide a computer system that allows users to create new programs and to upload the newly created programs to the program host **115**. In one embodiment, the user can specify who may have access to the programs created and uploaded by that user. In addition, operators of the program host **115** may, from time to time, create and add programs for general access by clients. In addition to program creation, one embodiment allows for editing or deletion of existing modules. In one embodiment, the system allows users to upload programs to the program host **115** that the user has developed on other computers. The user can then use the system to schedule the execution of the uploaded programs on the clustered math engine **105**. Advantageously, this gives users an option to develop and use programs without spending the time or resources of the development computer system.

In embodiments of the systems and methods disclosed herein, notifications may be sent to users or to automated processes upon the occurrence of specific events. For example, in one embodiment, an email notification may be sent when a computation has been started by the clustered math engine **105**. Other notifications may include completion of a computation, scheduling of a computation, completion of entry of inputs, rescheduling of a computation (such as if a computation is skipped to get to a computation with higher priority), the occurrence of an error, or notification of any other event. Notifications may be made using any known method of notification, including, without limitation, email, telephone, pager, voicemail, instant message, or text message. Notifications to automated processes may be made in a format that can be read by the automated process so as to cause the automated process to respond to the notification. For example, an automated process may automatically request that results be downloaded to a specific computer upon receiving a notification that a computation has completed.

In one implementation of grid computing, several nodes are internetworked. One node is the head node. The head node manages the grid. Other nodes are known as slaves. In one embodiment, the math queue manager **110** is located on the head node of a grid. Alternatively, the math queue manager **110** is located outside of a grid. In one embodiment, the system provides a mechanism for administering the grid, including designating the head node and slave nodes that belong to a particular grid.

Head nodes and slave nodes are not used in all forms of grid-based and cluster-based computing, and they are not a necessary feature of the invention. Rather, embodiments of the systems and methods disclosed herein can be adapted to work in other distributed computing environments. For example, the systems and methods described herein can be adapted to work on a peer-to-peer network that has no head node or centralized administrator of the network.

As indicated above, one embodiment of the clustered math engine **105** is implemented using gridMathematica. In one embodiment using gridMathematica, communication with the clustered math engine **105** is performed using J/Link.

**18**

J/Link is a communications interface built on MathLink, an API for communicating with gridMathematica from other programs. Presently, job execution using J/Link is synchronous. Accordingly, in one embodiment, the math queue manager **110** maintains a connection with the clustered math engine **105** for the duration of a computation. This may be accomplished by executing each clustered math engine **105** job in a separate thread. This advantageously allows the math queue manager **110** to manage multiple computations simultaneously. Further, it allows for asynchronous scheduling of computations on the clustered math engine **105**. This is particularly advantage compared to gridMathematica, which presently requires synchronous job execution.

The foregoing systems and methods have been described as being implemented as computer software that is executed on one or more general-purpose computers. A skilled artisan will appreciate, in light of this disclosure, that a general-purpose computer executing software functions as a special-purpose computer configured to perform specifically defined functions. The systems and methods herein can alternatively be implemented on special-purpose computers whose hardware is configured to perform the functions set forth herein. Accordingly, while it is advantageous to implement the systems and methods using computer software, the systems and methods herein can be implemented using hardware, software, or firmware, or any combination of hardware, software, and firmware.

As will be appreciated by a skilled artisan in light of this disclosure, software implementations of the systems and methods described herein comprise, in one embodiment, a plurality of software modules, procedures, functions, methods, routines, subroutines, and the like. As used herein, the term "module" encompasses any group of computer-executable instructions that are configured, when executed, to cause a computer to perform functions defined by the instructions, regardless of how those instructions are organized. Thus, "module" encompasses a procedure, a function, a method, a routine, a subroutine, or any other organizational unit for computer-executable instructions. Further, a module may be implemented in more than one organizational unit, such that multiple organizational units cooperate to perform a function. Conversely, a single organizational unit may define multiple functions and may thus constitute more than one module. The computer-executable instructions can be stored on a computer-readable medium, such as, for example, a hard disk drive, an optical disc, a CD-ROM, a DVD-ROM, a flash memory, Random Access Memory, or the like. The computer-executable instructions can also be encoded as electrical signals and transmitted across communications lines such that they can be stored or executed at a remote computer. Any, some, or all of the functions set forth herein can be implemented using software modules.

The foregoing embodiments of the systems and methods have been disclosed by way of example and not limitation. The examples set forth herein are sufficient to teach a skilled artisan to practice, in addition to the embodiments explicitly disclosed, other alternative embodiments that are apparent in view of this disclosure. The invention is not limited to the specific example embodiments set forth herein, but encompasses any alternative embodiment that would be appreciated by a skilled artisan in view of this disclosure.

US 8,849,889 B1

**19**

We claim:

1. A clustered computational system comprising:

a clustered computational engine comprising a plurality of clustered computers, including at least one memory coupled to at least one special-purpose processor, that perform computations;

a program host computer that stores, on a computer-accessible storage device, a plurality of programs and a plurality of inputs to the programs, the programs invoke computations that are executed by the clustered computational engine, and each computation defines a set of parameters prescribing input data that the computation must receive to generate output data of the computation and each computation receives input data for each of the parameters in the defined set of parameters and generates output data;

a program hosting component that receives, from at least one remote computer, a selection of one of the stored programs for execution by the program host computer;

an input component that receives, from at least one remote computer, input data to the stored program that is to be executed, the received input data are stored on the computer-accessible storage device of the program host computer;

a web server that receives user selections of computations to be performed on the clustered computational engine, transmits the user selections to the program host computer, and receives results of computations performed by the clustered computational engine; and

a queue manager comprising an automated process that periodically receives communications from the program host computer in order to determine when the program host computer has stored input data satisfying every one of the defined set of parameters for a computation invoked by the selected program, such that the computation is able to generate output data, and, upon determining that the program host computer has stored said input data, to automatically schedule execution of the computation by the clustered computational engine, such that said scheduling of the execution of the computation by the clustered computational engine is automatically delayed at least until the program host computer has stored input data satisfying every one of the defined set of parameters for a computation invoked by the selected program.

2. The system of claim 1, wherein the clustered computers of the clustered computational engine communicate with each other, at least in part, using Message Passing Interface.

3. The system of claim 1, wherein the web server also displays the results of computations.

4. The system of claim 1, wherein the web server is in communication with a graphics component that assists the web server to display the results in graphical format.

5. The system of claim 4, wherein the graphics component also performs computations and the system assigns the graphics component to perform computations that do not require the clustered computational engine.

6. The system of claim 1, wherein the input component receives inputs to the stored program at different times.

7. A clustered computational system comprising:

a clustered computational engine comprising a plurality of clustered computers, including at least one memory coupled to at least one processor, that perform computations;

a program host computer that stores, on a computer-accessible storage device, a plurality of programs and a plurality of inputs to the programs, the programs invoke

**20**

computations that are executed by the clustered computational engine, and each computation defines a set of parameters prescribing input data that the computation must receive to generate output data of the computation and each computation receives input data for each of the parameters in the defined set of parameters and generates output data;

a program hosting component that receives, from at least one remote computer, a selection of one of the stored programs for execution by the program host computer;

an input component that receives, from at least one remote computer, input data to the stored program that is to be executed, the received input data are stored on the computer-accessible storage device of the program host computer;

a web server that receives user selections of computations to be performed on the clustered computational engine, transmits the user selections to the program host computer, and receives results of computations performed by the clustered computational engine; and

a queue manager comprising an automated process that periodically receives communications from the program host computer in order to determine when the program host computer has stored input data satisfying every one of the defined set of parameters for a computation invoked by the selected program, such that the computation is able to generate output data, and, upon determining that the program host computer has stored said input data, to automatically schedule execution of the computation by the clustered computational engine, such that said scheduling of the execution of the computation by the clustered computational engine is automatically delayed at least until the program host computer has stored input data satisfying every one of the defined set of parameters for a computation invoked by the selected program.

8. The system of claim 7, wherein the clustered computers of the clustered computational engine communicate with each other, at least in part, using Message Passing Interface.

9. The system of claim 7, wherein the web server also displays the results of computations.

10. The system of claim 9, wherein the web server is in communication with a graphics component that assists the web server to display the results in graphical format.

11. The system of claim 10, wherein the graphics component also performs computations and the system assigns the graphics component to perform computations that do not require the clustered computational engine.

12. The system of claim 7, wherein the input component receives inputs to the stored program at different times.

13. A clustered computational system comprising:

a clustered computational engine comprising a plurality of clustered computers, including at least one memory coupled to at least one special-purpose processor, that perform computations and that communicate with each other, at least in part, using Message Passing Interface;

a program host computer that stores, on a computer-accessible storage device, a plurality of programs and a plurality of inputs to the programs, the programs invoke computations that are executed by the clustered computational engine, and each computation defines a set of parameters prescribing input data that the computation must receive to generate output data of the computation and each computation receives input data for each of the parameters in the defined set of parameters and generates output data;

US 8,849,889 B1

21

a program hosting component that receives, from at least one remote computer, a selection of one of the stored programs for execution by the program host computer;

an input component that receives, from at least one remote computer, input data to the stored program that is to be executed, the received input data are stored on the computer-accessible storage device of the program host computer;

a web server that receives user selections of computations to be performed on the clustered computational engine, transmits the user selections to the program host computer, and receives results of computations performed by the clustered computational engine; and

a queue manager comprising an automated process that determines when the program host computer has stored input data satisfying every one of the defined set of parameters for a computation invoked by the selected program, such that the computation is able to generate output data, and, upon determining that the program host computer has stored said input data, to automatically schedule execution of the computation by the clustered computational engine, such that said scheduling of the

22

execution of the computation by the clustered computational engine is automatically delayed at least until the program host computer has stored input data satisfying every one of the defined set of parameters for a computation invoked by the selected program.

**14**. The system of claim **13**, wherein the web server comprises multiple computers and requests to the web server are distributed among the multiple computers in order to balance load among the multiple computers.

**15**. The system of claim **13**, wherein the web server also displays the results of computations.

**16**. The system of claim **15**, wherein the web server is in communication with a graphics component that assists the web server to display the results in graphical format.

**17**. The system of claim **16**, wherein the graphics component also performs computations and the system assigns the graphics component to perform computations that do not require the clustered computational engine.

**18**. The system of claim **13**, wherein the input component receives inputs to the stored program at different times.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,849,889 B1                                        Page 1 of 1
APPLICATION NO.     : 13/846567
DATED               : September 30, 2014
INVENTOR(S)         : Ariela Tannenbaum

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, (item 71, Applicant) at line 1, Change "LLC," to --Inc.,--.

In the Claims

Column 19 at line 51, In Claim 4, change "claim 1," to --claim 3,--.

Signed and Sealed this
Eighteenth Day of August, 2015

Michelle K. Lee
*Director of the United States Patent and Trademark Office*