## **CERTIFICATE OF SERVICE**

I, Stephanie E. O'Byrne, hereby certify that on this 13th day of September, 2022, a copy of **DEFENDANTS' OPPOSITION TO KNOBBE MARTENS OLSON & BEAR LLP'S MOTION TO QUASH** was served upon the following counsel of record via electronic mail:

John W. Shaw
Karen E. Keller
Nathan R. Hoeschen
**SHAW KELLER LLP**
I.M. Pei Building
1005 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

Jon W. Gurka
Brian Claassen
Cheryl Burgess
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Jon.gurka@knobbe.com
brian.claassen@knobb.com
cheryl.burgess@knoww.com

Karl W. Kowallis
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1155 Avenue of the Americas, 24th Floor
New York, NY 10036
Telephone: (212) 849-3024
karl.kowallis@knobbe.com

Ben K. Shiroma
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
ben.shiroma@knobbe.com

*/s/ Stephanie E. O'Byrne*
Stephanie E. O'Byrne (DE Bar No. 4446)