IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVANCED CLUSTER SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | **Redacted - Public Version** |
| ) | |
| v. ) | C.A. No. 19-2032-MN-CJB |
| ) | |
| NVIDIA CORPORATION, NVIDIA ) | █████████████████ |
| SINGAPORE PTE. LTD., and NVIDIA ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

## LETTER TO THE HONORABLE CHRISTOPHER J. BURKE
## FROM EMILY S. DIBENEDETTO

OF COUNSEL:
Jon W. Gurka
Brian Claassen
Cheryl Burgess
Pushkal Mishra
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760 0404

Karl W. Kowallis
KNOBBE, MARTENS, OLSON
& BEAR, LLP
115 Avenue of the Americas, 24th Floor
New York, NY 10036
(212) 849-3024

Ben K. Shiroma
KNOBBE, MARTENS, OLSON
& BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450

Dated: September 20, 2022

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiff*



Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0713
edibenedetto@shawkeller.com

September 20, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801



**Redacted - Public Version**

Re:  *Advanced Cluster Systems, Inc. v. NVIDIA Corp.*, C.A. No. 19-2032-MN-CJB

Dear Judge Burke:

Plaintiff Advanced Cluster Systems, Inc. ("ACS") files this letter brief in response to NVIDIA's opposition to ACS's motion to compel.  D.I. 212.

NVIDIA's opposition confirms that NVIDIA did not provide a witness prepared to address the breadth of the relevant firmware used with the Accused Products: NVIDIA's witnesses were prepared to discuss only "**the role of NVLink firmware** in the Accused Products."  D.I. 212 at 1 (emphasis added).  NVIDIA is taking an improperly narrow view of what constitutes relevant firmware. ███████████████████████████████████████████████████████████████████████████

Exhibits K-M.  The operation of each accused GPU chip is therefore relevant to infringement. NVIDIA provided a witness to address ████████████████████████████████████████ ██████████████████████████████████████████████████ NVIDIA does not contend that it provided a witness prepared to address the firmware ███████████████████████████ ████████.

NVIDIA argues that ACS's request for information on any other "unspecified" GPU firmware is unjustified because it is not specific enough.  NVIDIA obscured important details about the operation of the GPU chips, including what portions of the chips implement NVLink, until recently.  NVIDIA withheld the documents included as Exhibits K-M until after the close of fact discovery and would not have produced them at all had ACS not requested them by name after learning from an NVIDIA witness ████████████████████████████████████████████ ██████████████████████████████████████.  *See* Exhibit N.  ACS's identification of relevant firmware can only be as specific as the discovery provided by NVIDIA.

NVIDIA's argument that ACS has used its allotted deposition time should not prevent ACS from receiving a reasonable amount of deposition time to address the firmware operation of the GPU chips.  ACS expended deposition time, attempting to explore NVIDIA's witnesses' knowledge of the GPU chip firmware, only to find out that none of NVIDIA's witnesses were fully prepared on that topic.  Moreover, ACS notified NVIDIA long ago that it may seek additional deposition time in view of the large number of designated 30(b)(6) witnesses, and NVIDIA previously indicated its willingness to agree to additional time if necessary.  Ex. O.

SHAW KELLER LLP
Page 2

Respectfully submitted,

*/s/ Emily S. DiBenedetto*

Emily S. DiBenedetto. (No. 6779)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
    Counsel of Record (by CM/ECF and electronic mail)

# EXHIBIT K







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      NVIDIA-ACS-1369412



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                NVIDIA-ACS-1369413

Review Copy - NVidia Internal Only

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NVIDIA-ACS-1369414

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NVIDIA-ACS-1369424



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NVIDIA-ACS-1369425



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NVIDIA-ACS-1369426

# EXHIBIT L





 Copyright © 2019 www.nvidia.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NVIDIA-ACS-1369043



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    NVIDIA-ACS-1369044

NVidia Internal Only

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              NVIDIA-ACS-1369045

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NVIDIA-ACS-1369046

NVidia Internal Only



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      NVIDIA-ACS-1369047



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NVIDIA-ACS-1369052

# EXHIBIT M



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-ACS-1372963



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

NVIDIA-ACS-1372975

# EXHIBIT N

| | |
|---|---|
| **From:** | Cheryl Burgess |
| **Sent:** | Monday, September 12, 2022 1:58 PM |
| **To:** | Nelson, Peter |
| **Cc:** | NVIDIA-ACS-DLA; Lit ZTANNL.017L; Karen Elizabeth Keller; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com); emily.dibenedetto@shawkeller.com; Jon Gurka; Williamson, Carrie |
| **Subject:** | RE: ACS v. NVIDIA: NVLink documents |

Peter,

We have not received a response to my below email. Please let us know NVIDIA's availability for a meet and confer this week with both Parties' local counsel present.

We have carefully reviewed the summary you provided in your email on August 30, 2022 as well as the documents NVIDIA produced on August 30, 2022. It does not appear that NVIDIA has produced all of the documents ACS requested on August 23, 2022.

█████████

Nvidia has not produced a copy of the █████████████████ escribed by ██████████ during his deposition. Please be prepared to address NVIDIA's position on production of ██████████████████████ during the meet and confer.

████████████████████████████████████████

During our meet and confer, you indicated that you were scheduled to talk to ██████████ to investigate the ███████████ ██████████████████████████████████████ that █████████ referenced during his deposition. You agreed to collect and produce the ███████████████████████ identified as a result of that discussion. You also confirmed that if ██████████ did not know the location of █████████ ████████████████████████████████████████ but could refer counsel to another source within NVIDIA that would know, that you would investigate any additional source that ██████████ identified. Please be prepared to confirm that you did speak with ██████████ and did follow-up on any additional sources resulting from that conversation.

During his deposition, ██████████ indicated that ████████████████████████████████████████ *. See* ██████████ ████████████████████ █████████████████████████████████ Please be prepared to address during the meet and confer whether ██████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

*See, e.g.,* NVIDIA-ACS-1368646 ███████████████████████████████████████████

███████████████████████████████ NVIDIA-ACS-1369415 ███████████████████████

Please be prepared to address during the meet and confer whether NVIDIA has searched the above referenced directories and produced all documents located therein.

Additionally, our review of the █████████████████████████████████████████████

███████████████████████████████████████████████████████████████████ For

example, the document produced at NVIDIA-ACS-1368618  is entitled "███████████████

████████████████████ ██████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

█████████████████████ .

The additional documents that NVIDIA has produced reaffirm the importance of ████████████

████████████████████████████████████████████████████████████████████████

NVIDIA-ACS-1369425

NVIDIA-ACS-1369052

Best,
Cheryl

**Cheryl Burgess**
Partner

949-721-2935 Direct
**Knobbe Martens**

**From:** Cheryl Burgess
**Sent:** Tuesday, August 30, 2022 1:46 PM
**To:** Nelson, Peter <Peter.Nelson@us.dlapiper.com>; Jon Gurka <Jon.Gurka@knobbe.com>; Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Karen Elizabeth Keller <kkeller@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) <nhoeschen@shawkeller.com>; emily.dibenedetto@shawkeller.com
**Subject:** RE: ACS v. NVIDIA: NVLink documents

Peter,

Thank you.  It will take some time to download and import the documents into Relativity, but we will review as soon as we are able.  Can you clarify whether NVIDIA also produced any internally referenced materials within the ███████ ████████████████████████ NVIDIA has now identified and produced?  Also, can you confirm whether you are still investigating whether there are ████████████████████████████████████████████ ████████████████████████

Best,
Cheryl

**Cheryl Burgess**
Partner
949-721-2935 Direct
**Knobbe Martens**

**From:** Nelson, Peter <Peter.Nelson@us.dlapiper.com>
**Sent:** Tuesday, August 30, 2022 1:18 PM
**To:** Cheryl Burgess <Cheryl.Burgess@knobbe.com>; Jon Gurka <Jon.Gurka@knobbe.com>; Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Karen Elizabeth Keller <kkeller@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) <nhoeschen@shawkeller.com>; emily.dibenedetto@shawkeller.com
**Subject:** Re: ACS v. NVIDIA: NVLink documents

Cheryl,

Thank you for the productive meet and confer on Friday, August 26, 2022, related to your email of August 23, 2022.  Consistent with our discussions during the meet and confer, NVIDIA produced documents today related to ACS' request that a further search be done for specific documents mentioned by ███████████████ Though discovery closed on Friday, August 26, 2022, and ███████████████ deposition occurred on August 4, 2022, NVIDIA did not refuse to make an additional effort to collect and produce these documents.

To ensure that your team is able to properly identify the documents produced today, we provide the following summary of the production:

███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████

| | NVIDIA-ACS-1368695 ████ | |
| | NVIDIA-ACS-1368744 | |
| | NVIDIA-ACS-1369262 | |
| | NVIDIA-ACS-1368863 ████████ | |
| | NVIDIA-ACS-1369447 | |
| | NVIDIA-ACS-1372774 (████████ | |
| | NVIDIA-ACS-0960469 | |
| | NVIDIA-ACS-1369043 ████████ | |
| | NVIDIA-ACS-1370383 | |

Your letter of August 23, 2022, also asked for NVIDIA to provide "███████████████████
█████████████ This information is found within █████████████████████████

███████████████████████████████████████████████████████████████████████████

NVIDIA-ACS-0959571, at -573.

During NVIDIA's supplemental search requested during the meet and confer, NVIDIA also found and has produced a limited number of additional documents.  *See* NVIDIA-ACS-1368662 (██████████████ NVIDIA-ACS-1368585 █████████ NVIDIA-ACS-1368618 ██████████ NVIDIA-ACS-1368646 ████████████ In addition to these documents, the production includes many images that are embedded within each of the produced documents.

Best regards,
Peter


Peter Nelson
Associate
—————————————

T  +1 202 799 4092
M  +1 301 346 1357
peter.nelson@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com




—————————————————————————————————————————————————————————————

**From:** Cheryl Burgess <Cheryl.Burgess@knobbe.com>
**Sent:** Friday, August 26, 2022 5:18 PM
**To:** Jon Gurka <Jon.Gurka@knobbe.com>; Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Karen Elizabeth

Keller <kkeller@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com)
<nhoeschen@shawkeller.com>; emily.dibenedetto@shawkeller.com <emily.dibenedetto@shawkeller.com>
**Subject:** RE: ACS v. NVIDIA: NVLink documents

⚠ EXTERNAL MESSAGE

Clayton and Peter,

Thank you for discussing the three issues contained in our proposed letter to the Court at today's meet and confer.  We
understand that you are going to confer with NVIDIA next week about the documents requested in the first and third
identified issues.  We view the second issue, which relates to NVIDIA's 30(b)(6) deponents, as related to the first
issue.  In light of your commitment that you will investigate the documents that are the subjects of first and third issues
identified for the Court in the proposed letter, ACS proposes that the parties agree that ACS need not file the proposed
letter with the Court today to preserve its rights to pursue these three discovery issues.

On our call the parties agreed to follow up call next Friday regarding the draft product and code stipulation.  We propose
following up on NVIDIA's investigation into the additional requested documents at that time.  If the parties are at an
impasse at that time, the parties will then proceed with a joint letter to the Court.  Please confirm that NVIDIA agrees
with this approach and will not assert that these discovery disputes are waived or otherwise untimely if brought to the
court within a reasonable time after the parties' pending meet and confer.

Best,
Cheryl

**Cheryl Burgess**
Partner

949-721-2935 **Direct**

**Knobbe Martens**

---

**From:** Jon Gurka <Jon.Gurka@knobbe.com>
**Sent:** Thursday, August 25, 2022 4:25 PM
**To:** Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Karen Elizabeth
Keller <kkeller@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com)
<nhoeschen@shawkeller.com>; emily.dibenedetto@shawkeller.com
**Subject:** RE: ACS v. NVIDIA: NVLink documents

Carrie -

I am following up on our correspondence regarding NVIDIA's production of documents referred to by ████████
and ████████ during their 30(b)(6) depositions and NVIDIA's failure to provide a 30(b)(6) witness on firmware for the
accused products.

We have not heard back regarding your availability to meet and confer on these issues today.  As I mentioned before,
NVIDIA's failure to respond to ACS's outstanding requests is highly prejudicial and impacts ACS's ability to complete its
infringement contentions due next Thursday, September 1, 2022.

We ask that NVIDIA confirm it will immediately produce the requested documents and provide a 30(b)(6) corporate
designee on Topics 1 and 8 related to firmware.  Absent NVIDIA's confirmation, we expect NVIDIA to be prepared to
discuss these issues at the meet and confer scheduled for tomorrow.

Should the parties be unable to reach agreement, we are attaching a proposed joint letter for a discovery teleconference.  We are waiting to file the letter pending agreement that we are at an impasse at tomorrow's meet and confer.

Please confirm that NVIDIA will not use the delay in meeting and conferring to argue against a potential extension for ACS's infringement contention deadline.

Jon

---

**From:** Cheryl Burgess <Cheryl.Burgess@knobbe.com>
**Sent:** Wednesday, August 24, 2022 9:51 PM
**To:** Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Karen Elizabeth Keller <kkeller@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) <nhoeschen@shawkeller.com>; emily.dibenedetto@shawkeller.com>; Jon Gurka <Jon.Gurka@knobbe.com>
**Subject:** RE: ACS v. NVIDIA: NVLink documents

Carrie,

Further to the issues identified in Mr. Gurka's email below, we have also been reviewing NVIDIA's production for the ███████████████████████████████████████ during his deposition.  We have not been able to identify this ████████████████████ in the production. █████████ explained that █████████████████████████████████████ ██████████████████████████████████████████. This information is highly relevant to indirect infringement.  Absent written confirmation from you by tomorrow morning that NVIDIA will produce ████████████████████ we will deem the parties are at an impasse on this issue too.

Best,
Cheryl

**Cheryl Burgess**
Partner

949-721-2935 **Direct**

**Knobbe Martens**

---

**From:** Jon Gurka <Jon.Gurka@knobbe.com>
**Sent:** Wednesday, August 24, 2022 1:54 PM
**To:** Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Karen Elizabeth Keller <kkeller@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) <nhoeschen@shawkeller.com>; emily.dibenedetto@shawkeller.com
**Subject:** RE: ACS v. NVIDIA: NVLink documents
**Importance:** High

Carrie –

I am following up on Ms. Burgess' email from last evening, as well as Mr. Kowallis' email from August 21 regarding NVIDIA's failure to provide a 30(b)(6) witness on firmware for the accused products.  Further, my understanding is that we have requested access to the NVIDIA source code computer.

All of these issues are related and urgent because it is apparent to ACS that NVIDIA has not provided highly relevant discovery regarding the accused products and the fact discovery cutoff is in two days.

If you cannot provide us with a time to meet and confer today, or confirm that you are producing all of the requested information below and a corporate designee on Topics 1 and 8 related to firmware, we will have no choice but to file a motion to compel and deem the parties at an impasse.

Moreover, NVIDIA's failure to provide this highly relevant discovery is prejudicial and will significantly impact ACS's ability to prepare final infringement contentions next week.  We reserve all of our rights to seek appropriate relief from the Court.

We look forward to hearing from you as soon as possible.

Jon

---

**From:** Cheryl Burgess <Cheryl.Burgess@knobbe.com>
**Sent:** Tuesday, August 23, 2022 7:52 PM
**To:** Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>
**Cc:** NVIDIA-ACS-DLA <nvidia-acs-dla@dlapiper.com>; Lit ZTANNL.017L <LitZTANNL.017L@knobbe.com>; Williamson, Carrie <Carrie.Williamson@us.dlapiper.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) <nhoeschen@shawkeller.com>
**Subject:** ACS v. NVIDIA: NVLink documents

Counsel,

We request immediate production of the following documents referred to by ████████ during his deposition. These documents are highly relevant to the operation of the accused GPU chips and NVLink, and we have not identified copies in NVIDIA's current production.  NVIDIA's failure to produce such highly relevant documents is extremely prejudicial to ACS.  Please confirm by COB tomorrow that NVIDIA will be producing these documents, or provide a time to meet and confer tomorrow regarding NVIDIA's refusal to do so.



t██████████ We also request that NVIDIA produce any internally linked or referenced materials within these ██ documents.

4.  T████████████████████████████████████████████.

Best,
Cheryl

**Cheryl Burgess**
Partner
Cheryl.Burgess@knobbe.com

949-721-2935 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/cheryl-burgess

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

# EXHIBIT O

| | |
|---|---|
| **From:** | Cheryl Burgess |
| **To:** | Williamson, Carrie |
| **Cc:** | NVIDIA-ACS-DLA; Lit ZTANNL.017L; Karen Elizabeth Keller ; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) |
| **Subject:** | ACS v. NVIDIA: Deposition Time |
| **Date:** | Friday, September 16, 2022 2:20:00 PM |

Carrie,

We write to address NVIDIA's apparent change in position regarding deposition time.  We wrote to you on July 14, 2022, noting our intention to seek an additional 21 hours of deposition time beyond the time contemplated in the Scheduling Order in view of the of the number of 30(b)(6) deponents NVIDIA designated.  You agreed to discuss with NVIDIA and get back to us, but never did, so we followed-up with another email on August 12, 2022.  Again, we did not receive a response, so we again raised the issue during a subsequent meet and confer.  During the meet and confer, you noted that by that point ACS had completed many of the scheduled 30(b)(6) depositions and by your calculation would not use all of the allotted 70 hours, even if it used 7 hours with each of the then remaining NVIDIA 30(b)(6) witnesses.  However, you confirmed that NVIDIA was not opposed to agreeing on some additional time if necessary, and confirmed NVIDIA was open to a revised proposal based on the hours used and remaining depositions.  Following that meet and confer, we determined that ACS would be able to complete the scheduled depositions within the 70 allotted hours and would still have some time remaining for third party depositions to authenticate documents, if necessary.  We therefore did not further pursue additional hours at that time.   On August 22, 2022, NVIDIA identified yet another 30(b)(6) witness.  We again did not pursue additional deposition hours at that time.   ACS had already begun to discuss with the third parties using declarations to obviate the need for third party depositions, meaning that ACS could allocate the remaining deposition time to NVIDIA's new 30(b)(6) witness.

It is as yet not settled whether ACS will be able to address all evidentiary concerns regarding third party documents through declarations, and therefore ACS may need additional time for limited depositions of the third parties.  Your September 12, 2022 email takes the position that NVIDIA will oppose any requests by NVIDIA for additional deposition time.  This is contrary to NVIDIA's position during the meet and confer on this topic.  We would like to discuss at the next meet and confer to determine whether the parties are at an impasse on this issue.  We note that this matter can be resolved if NVIDIA would agree to the stipulations regarding third-party production that ACS has proposed.  To date, NVIDIA has refused, and still has not provided any reasoned basis for its refusal.

Best,
Cheryl

**Cheryl Burgess**
Partner
Cheryl.Burgess@knobbe.com
949-721-2935 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/cheryl-burgess